UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MEGAN CONNERTON and )
KIMBERLY MELLO, individually and )
on behalf of all others similarly )
situated, )
 )
    Plaintiffs, )
 )
v. )
 )   Case No.
MENU FOODS MIDWEST )
CORPORATION, MENU FOODS )
INCOME FUND, MENU FOODS )
LIMITED, MENU FOODS, INC., )
MENU FOODS HOLDINGS, INC., )
THE IAMS COMPANY, NUTRO )
PRODUCTS, INC., TARGET )
CORPORATION, CHEMNUTRA )
INC. and XUZHOU ANYING )
BIOLOGIC TECHNOLOGY )
DEVELOPMENT COMPANY LTD.
    Defendants.

## CIVIL COVER SHEET ATTACHMENT

I.(c). Plaintiffs' Attorneys

Eugene R. Richard, BBO # 546781
Howard J. Wayne, BBO # 518160
Wayne, Richard & Hurwitz LLP
One Boston Place, Suite 3620
Boston, MA 02108
(617) 720-7870

Ilan J. Chorowsky, Esq.
Progressive Law Group, LLC, Of Counsel
1130 North Dearborn Street, Suite 3110
Chicago, IL 60610
(312) 643-5893

1

I.(a). Defendants

Menu Foods Midwest Corporation
Menu Food Income Fund
Menu Foods Limited
Menu Foods, Inc.
Menu Foods Holding, Inc.
The Iams Company
Nutro Products, Inc.
Target Corporation
ChemNutra Inc.
Xuzhou Anying Biologic Technology Development Company Ltd.