UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEGAN CONNERTON AND KIMBERLY MELLO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>MENU FOODS MIDWEST CORPORATIONS, MENU FOODS INCOME FUND, MENU FOODS LIMITED, MENU FOODS, INC., MENU FOODS HOLDINGS, INC., THE IAMS COMPANY, NUTRO PRODUCTS, INC., TARGET CORPORATION, CHEMNUTRA INC. AND XUZHOU ANYING BIOLOGIC TECHNOLOGY DEVELOPMENT COMPANY LTD.,<br><br>Defendants. | CASE NO.: 1:07-CV-10797-DPW |

### STIPULATION AND [PROPOSED] ORDER STAYING ALL PROCEEDINGS AND FOR PRESERVATION OF EVIDENCE

WHEREAS, this case is one of over one hundred putative class actions filed in this court and several other courts throughout the country for damages and injunctive relief, arising from the manufacture, distribution and/or sale of pet food products allegedly by and through Defendants Menu Foods. The defendants in the instant action are Menu Foods Income Fund, Menu Foods, Inc., Menu Foods Midwest Corporation, Menu Foods Holdings, Inc., and Menu Foods Limited (collectively referred to as "MENU FOODS") and the Iams Company, Nutro Products, Inc., Target Corporation, and Chemnutra Inc.(collectively referred to as "DEFENDANTS"). Defendant Xuzhou Anying Biologic Technology Development Company LTD has not yet been served.

WHEREAS, actions are currently pending in the Western District of Washington, Eastern District of Tennessee, Northern District of Illinois, Western District of Wisconsin, Western District of Arkansas, District of New Jersey, Northern District of Florida, Southern District of Florida, Middle District of Florida, District of Massachusetts, District of Connecticut, Central District of California, District of Rhode Island, District of Maine, Northern District of Connecticut, Central District of California, District of Nevada, District of Idaho, and Northern District of Ohio. Specifically, the pending cases allege that Menu Foods sold contaminated pet

food to the general public and individuals whose pets consumed this pet food and sustained injuries and/or death.

WHEREAS, on June 19, 2007 the JPML entered an Order transferring cases before it and pending outside the District of New Jersey to the District of New Jersey (the "Transfer Order") and assigned the Hon. Noel L. Hillman as the presiding judge over the coordinated or consolidated pretrial proceedings. The JPML also stated that it has been notified of 97 potentially related actions pending in multiple federal districts and ordered that these actions be treated as potential tag-along actions. (Please see a true and correct copy of Transfer Order attached hereto as Exhibit A).

WHEREAS, during the short intervening time between now and the actual transfer and coordination and/or consolidation, a stay of these proceedings will conserve party and judicial resources.

IT IS HEREBY STIPULATED by and between the Plaintiffs Megan Connerton and Kimberly Mello, individually and on behalf of others similarly situated, and DEFENDANTS, through their designated counsel, that this matter, including the deadlines for DEFENDANTS to respond to the Complaint, the parties to participate in class certification and other pretrial proceedings, be stayed pending the actual transfer of this case for coordinated pretrial proceedings with other actions pending throughout the country to the District of New Jersey.

All parties shall, during the pendency of the stay of this matter, comply with their duty to preserve all evidence that may be relevant to this action. This duty extends to documents, electronic data, and tangible things in the possession, custody and control of the parties to this action. "Preservation" is to be interpreted broadly to accomplish the goal of maintaining the integrity of all documents, data and tangible things reasonably anticipated to be the subject of discovery under Federal Rules of Civil Procedure 26, 45, and 56(e) in this action. Preservation includes taking reasonable steps to prevent the partial or full destruction, alteration, testing, deletion, shredding, incineration, wiping, relocation, migration, theft, or mutation of such material, as well as negligent or intentional handling that would involve the routine destruction, recycling, relocation, or mutation of the materials, that party must, to the extent practicable for the pendency of this order, either:

i)   halt such business practices;

ii)  sequester or remove such material from the business process; or

iii) arrange for the preservation of complete and accurate duplicates or copies of such material, suitable for later discovery requested.

IT IS SO STIPULATED

Dated: June 29, 2007

Respectfully submitted,

**Plaintiffs Megan Connerton and Kimberly Mello, individually and on behalf of others similarly situated**

By their attorneys,

/s/ Eugene R. Richard
Eugene R. Richard, BBO # 546781
Howard J. Wayne, BBO # 518160
WAYNE, RICHARD & HURWITZ LLP
One Boston Place, Suite 3620
Boston, MA 02108
Telephone: 617-720-7870
Facsimile: 617-720-7877
GeneRichard@wrhmlaw.com

Dated: June 29, 2007

Respectfully submitted,

**Menu Foods Midwest Corporation, Menu Foods Income Fund, Menu Foods Limited, Menu Foods, Inc., and Menu Foods Holding, Inc.**

By their attorneys,

/s/ Maureen E. Lane
Richard J. Shea, BBO: #456310
Maureen E. Lane, BBO: #645312
Melick, Porter & Shea, LLP
28 State Street, 22nd Floor
Boston, Massachusetts 02109
Telephone: (617) 523-6200
Facsimile: (617) 523-8130
mlane@melicklaw.com

OF COUNSEL:

Amy W. Schulman, Esq.
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104

Mary E. Gately, Esq.
Cristen Sikes Rose, Esq.
DLA PIPER US LLP
1200 Nineteenth Street, NW
Washington, DC 20036

Brooke L. Killian, Esq.
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101

Dated: June 29, 2007

Respectfully submitted,

**ChemNutra Inc.**

By its attorneys,

/s/ Megan S. Wynne
Megan S. Wynne, BBO #565199
Morris Polich & Purdy LLP
1055 W. 7th Street
24th Floor
Los Angeles, CA 90017-2503
mwynee@mpplaw.com

4

Dated: June 29, 2007                    Respectfully submitted,

**The Iams Company**

By its attorneys,

/s/ Gabrielle R. Wolohojian
Gabrielle R. Wolohojian, BBO # 555704
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel: 617-526-6000
Fax: 617-526-5000
gabrielle.wolohojian@wilmerhale.com


Dated: June 29, 2007                    Respectfully submitted,

**Target Corporation,**
By its attorney,

/s/ Sean J. Milano
Sean J. Milano, BBO #551996
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
Phone 617-737-8807
Fax 617-342-4938
smilano@morrisonmahoney.com

5

Dated: June 29, 2007

**Nutro Products**

Respectfully submitted,

By its attorney,

/s/ Madonna E. Cournoyer
Madonna E. Cournoyer, BBO #642060
COURNOYER LAW OFFICES, P.C.
Attorneys at Law
2 Mount Royal Avenue, Suite 203
Marlborough, MA 01752
Direct: (508) 460-8950
Fax: (508) 460-9400
mc@cournoyerlaw.com

OF COUNSEL:

Charles H. Abbott III
Gibson, Dunn & Crutcher, LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
direct telephone: 213.229.7887
direct fax: 213.229.6887
e-mail: cabbott@gibsondunn.com

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

---

THE HONORABLE DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT COURT JUDGE

6