UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEGAN CONNERTON AND KIMBERLY MELLO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>MENU FOODS MIDWEST CORPORATION, MENU FOODS INCOME FUND, MENU FOODS LIMITED, MENU FOODS, INC., MENU FOODS HOLDINGS, INC., THE IAMS COMPANY, NUTRO PRODUCTS, INC., TARGET CORPORATION, CHEMNUTRA INC. AND XUZHOU ANYING BIOLOGIC TECHNOLOGY DEVELOPMENT COMPANY LTD.,<br><br>Defendants. | CASE NO.: 1:07-CV-10797-DPW |

**NOTICE OF POTENTIAL TRANSFER OF POTENTIAL TAG-ALONG CASE
AND REQUEST FOR CONTINUANCE OF STAY OF PROCEEDINGS**

On June 19, 2007, the Judicial Panel on Multidistrict Litigation (the "JPML") issued the attached Transfer Order, creating a new multidistrict proceeding entitled *In re Pet Food Products Liability Litigation* (the "MDL"), and assigning the MDL to Judge Noel L. Hillman of the District of New Jersey.

As required by Rules 1.1, 7.4, and 7.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, this case has been identified to the Panel as a "tag-along" case (*see* attached Notice of Related Action submitted to the JPML, dated June 28, 2007.)

SD\1748299.1
365652-1

In light of the likely imminent transfer of this case, Defendants Menu Foods Midwest Corporation, Menu Foods Income Fund, Menu Foods Limited, Menu Foods, Inc., and Menu Foods Holding, Inc. request that the stay of proceedings stipulated to by the parties (*see* Stipulation and [Proposed] Order Staying All Proceedings and for Preservation of Evidence, dated and filed June 29, 2007) be granted, and remain in place pending transfer to the MDL, in order to serve the interests of judicial economy.

Dated:   June 29, 2007
         Boston, Massachusetts

           MELICK, PORTER & SHEA, LLP

           By: /s/ Maureen E. Lane
               Maureen E. Lane, BBO#645312
               28 State Street
               Boston, MA 02109
               (617) 523-6200
               (617) 523-8130 Fax

               Attorneys for Defendants, Menu Foods Midwest Corporation, Menu Foods Income Fund, Menu Foods Limited, Menu Foods, Inc., and Menu Foods Holding, Inc.

    I, Maureen E. Lane, hereby certify that on this day, I forwarded notice of the foregoing document(s) by filing electronically a copy with notice to the following counsel of record:

Eugene R. Richard, BBO # 546781
Howard J. Wayne, BBO # 518160
WAYNE, RICHARD & HURWITZ LLP
One Boston Place, Suite 3620
Boston, MA 02108
Telephone: 617-720-7870
Facsimile: 617-720-7877
GeneRichard@wrhmlaw.com


Megan S. Wynne, BBO #565199
Morris Polich & Purdy LLP
1055 W. 7th Street
24th Floor
Los Angeles, CA 90017-2503
mwynne@mpplaw.com


Gabrielle R. Wolohojian, BBO # 555704
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel: 617-526-6000
Fax: 617-526-5000
gabrielle.wolohojian@wilmerhale.com


Sean J. Milano, BBO #551996
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
Phone 617-737-8807
Fax 617-342-4938
smilano@morrisonmahoney.com

2

Madonna E. Cournoyer, BBO #642060
COURNOYER LAW OFFICES, P.C.
Attorneys at Law
2 Mount Royal Avenue, Suite 203
Marlborough, MA 01752
Direct: (508) 460-8950
Fax: (508) 460-9400
mc@cournoyerlaw.com

/s/ Maureen A. Lane
Maureen E. Lane

Dated: June 29, 2007