⬥AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    Massachusetts

Megan Connerton and
Kimberly Mello, individually and on behalf
of all others similarly situated,

**SUMMONS IN A CIVIL ACTION**

V.

Menu Foods Midwest Corporation,
Menu Foods Income Fund,
Menu Foods Limited,                                    CASE NUMBER: 07-CV-10797
Menu Foods, Inc.,
Menu Foods Holdings, Inc.,
The Iams Company, Nutro Products, Inc.,
Target Corporation, Chemnutra Inc.
and Xuzhou Anying Biologic Technology Development Company Ltd.


TO: (Name and address of Defendant)

   Menu Foods Holdings, Inc.
   c/o The Corporation Trust Company
   Corporation Trust Center
   1209 Orange Street
   Wilmington, DE 19801


**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

   Eugene R. Richard, Esq.
   Wayne, Richard & Hurwitz LLP
   One Boston Place
   Boston, MA 02108


an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                              4/26/07
_____                      _____
CLERK                                                          DATE

_____
(By) DEPUTY CLERK

⦺AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Service accepted for Menu Foods Holdings, Inc., by its counsel, Maureen T. LBM, Merrick, Porter & Shea, Maureen [signature]

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date              *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.