AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

Megan Connerton and
Kimberly Mello, individually and on
behalf of all others similarly situated,

**SUMMONS IN A CIVIL ACTION**

V.

Menu Foods Midwest Corporation,
Menu Foods Income Fund,
Menu Foods Limited,
Menu Foods Inc.,
Menu Foods Holdings, Inc.,
The Iams Company, Nutro Products, Inc.,
Target Corporation, Chemnutra Inc.
and Xuzhou Anying Biologic Technology Development Company Ltd.

CASE NUMBER: 07-CV-10797

TO: (Name and address of Defendant)

Menu Foods Income Fund
8 Falconer Drive
Streetsville, Ontario
Canada  L5N1B1

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eugene R. Richard, Esq.
Wayne, Richard & Hurwitz LLP
One Boston Place
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  4/26/07

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Service accepted for defendant, Menu Foods ~~Inc~~, Income Fund, by its Counsel, Maureen E. Lane, Melick, Porter & Shea, Maureen E. Lane

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date                        *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.