AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Megan Connerton and
Kimberly Mello, individually and
on behalf of all others similarly
situated,           V.

Menu Foods Midwest
Corporation, Menu Foods
Income Fund, Menu Foods
Limited, Menu Foods, Inc.,
Menu Foods Holdings, Inc.,
The Iams Company, Nutro
Products, Inc., Target
Corporation, Chemnutra Inc.
and Xuzhou Anying
Biologic Technology Development Company Ltd.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-CV-10797

TO: (Name and address of Defendant)

Menu Foods Midwest Corporation
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eugene R. Richard, Esq.
Wayne, Richard & Hurwitz LLP
One Boston Place
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE 4/26/07

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Service accepted for defendant, Menu Foods Corporation, Menu Foods Midwest Corporation, by its counsel Maureen E. Lane, Melick, Porter + Shea, LLP, Maureen E. Lane

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                          *Signature of Server*

                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.