UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEGAN CONNERTON AND KIMBERLY MELLO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>       Plaintiff,<br><br>v.<br><br>MENU FOODS MIDWEST CORPORATIONS, MENU FOODS INCOME FUND, MENU FOODS LIMITED, MENU FOODS, INC., MENU FOODS HOLDINGS, INC., THE IAMS COMPANY, NUTRO PRODUCTS, INC., TARGET CORPORATION, CHEMNUTRA INC. AND XUZHOU ANYING BIOLOGIC TECHNOLOGY DEVELOPMENT COMPANY LTD.,<br><br>       Defendants. | CASE NO.: 1:07-CV-10797-DPW |

## **NOTICE OF APPEARANCE**

Please enter my appearance as attorney for defendant Nutro Products, Inc.

                                          /s/ Madonna E. Cournoyer
                                          Madonna E. Cournoyer, BBO# 642060
                                          COURNOYER LAW OFFICES, P.C.
                                          2 Mount Royal Avenue, Suite 203
                                          Marlborough, MA 01752
                                          Direct: (508) 460-8950
                                          Fax: (508) 460-9400
                                          mc@cournoyerlaw.com

CERTIFICATE OF SERVICE

I, Madonna E. Cournoyer, certify that on this day I forwarded notice of the foregoing document by electronically filing a copy with notice to the following counsel of record:

Eugene R. Richard, Esq.
Howard J. Wayne, Esq.
WAYNE, RICHARD & HURWITZ LLP
One Boston Place, Suite 3620
Boston, MA 02108
GeneRichard@wrhmlaw.com

Megan S. Wynne, Esq.
Morris Polich & Purdy LLP
1055 W. 7th Street
24th Floor
Los Angeles, CA  90017-2503
mwynee@mpplaw.com

Gabrielle R. Wolohojian, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
Tel:  617-526-6000
Fax: 617-526-5000
gabrielle.wolohojian@wilmerhale.com

Maureen A. Lane, Esq.
Melick Porter & Shea, LLP
28 State Street
Boston, MA 02109
Tel:  (617) 523-6200
Fax: (617) 523-8130
mlane@melicklaw.com

Sean J. Milano, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210
Phone 617-737-8807
Fax 617-342-4938
smilano@morrisonmahoney.com

Dated:  August 7, 2007

/s/ Madonna E. Cournoyer
Madonna E. Cournoyer