UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEGAN CONNERTON AND KIMBERLY MELLO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br>    Plaintiffs,<br><br>v.<br><br>MENU FOODS MIDWEST CORPORATIONS, MENU FOODS INCOME FUND, MENU FOODS LIMITED, MENU FOODS, INC, MENU FOODS HOLDINGS, INC., THE IAMS COMPANY, NUTRO PRODUCTS, INC. TARGET CORPORATION, CHEMNUTRA INC. AND XUZHOU ANYING BIOLOGIC TECHNOLOGY DEVELOPMENT COMPANY LTD.,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  DOCKET NO: 1:07-CV-10979-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter my appearance as counsel for defendant, Target Corporation, in the above-captioned action.

                                                    /s/ Sean J. Milano
                                                    Sean J. Milano, BBO# 551996
                                                    MORRISON MAHONEY LLP
                                                    250 Summer Street
                                                    Boston, MA 02210-1181
                                                    617-439-7500

## CERTIFICATE OF SERVICE

    I certify that this document has been served upon all counsel of record in compliance with F.R.C.P. this 9th day of August, 2007.

                                                    /s/ Sean J. Milano
                                                    Sean J. Milano

1077731v1